B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Michael T Mecher; Danielle L Mecher;           ,            Case No.  17-33966

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LoanCare, LLC | United Shore Financial Services, LLC d/b/a United Wholesale Mortgage |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O. Box 8068
Virginia Beach, VA 23450

Court Claim # (if known):  13-1
Amount of Claim:  $341,961.24
Date Claim Filed:  03/09/2019

Phone:  800-410-1091
Last Four Digits of Acct #:  9463

Phone:  855-753-6201
Last Four Digits of Acct. #:  1170

Name and Address where transferee payments should be sent (if different from above):
P.O. Box 37628
Philadelphia, PA 19101-0628

Phone:  800-410-1091
Last Four Digits of Acct #:  9463

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Nisha B. Parikh                                Date:  09/04/2019
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-33966 |
| Michael T Mecher;<br>Danielle L Mecher; | CHAPTER 13 |
| Debtor(s). | JUDGE Pamela S. Hollis |

CERTIFICATE OF SERVICE

I hereby certify that on  September 4, 2019  a true and correct copy of the foregoing "TRANSFER OF CLAIM" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

 David H Cutler, Debtor's Counsel
 Glenn B Stearns, Trustee
 Patrick S Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

 Michael T Mecher, 14958 S Woodcrest Ave., Homer Glen, IL 60491
 Danielle L Mecher, 14958 S Woodcrest Ave., Homer Glen, IL 60491

               /s/  Mariah Moore
               Anselmo Lindberg & Associates
               1771 W. Diehl Rd., Ste. 120
               Naperville, IL 60563-4947
               630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
               bankruptcy@AnselmoLindberg.com
               Firm File Number: B17110093SVT
               This law firm is deemed to be a debt collector.