NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Michael T Mecher
14958 S Woodcrest Ave.
Homer Glen, IL 60491
SSN: xxx–xx–7827 EIN: N.A.

Danielle L Mecher
14958 S Woodcrest Ave.
Homer Glen, IL 60491
SSN: xxx–xx–3347 EIN: N.A.

Case No. : 17–33966
Chapter : 13
Judge : Pamela S. Hollis

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : United Shore Financial Svcs, LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to LoanCare, LLC of your claim in the above matter, designated Claim No. 13 .   If no objections are filed by you on or before September 25, 2019 the Court shall substitute LoanCare, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: September 5, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court