UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

| | |
|---|---|
| IN RE: | CASE NO: 1733966 |
| MICHAEL T MECHER and DANIELLE L MECHER | CHAPTER 13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 2 filed on 11/30/2017, Wells Fargo Bank, N.A. - Wells Fargo Auto Finance ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Brian James Studer
Brian James Studer
Bankruptcy Specialist
Wells Fargo Auto Finance
435 Ford Road, Suite 300
Saint Louis Park, MN 55426
1-866-429-7099

BKNOCS (08/2018)